HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
8275 S. Eastern Ave., Ste. 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff,*
*Brady Mark Abbott*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRADY MARK ABBOTT,<br><br>       Plaintiff,<br><br>vs.<br><br>APPLE, INC.,<br><br>       DefendantF. | CASE NO.: 2:22-CV-00423-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, that Plaintiff, BRADY MARK ABBOTT, has until **Tuesday, July 12, 2022** to file his Opposition to Defendant's Motion to Dismiss Complaint. This is an extension of time from the current due date of June 27, 2022.

Plaintiff's current attorney, Kristina S. Holman of Holman Law Office, was just retained by Plaintiff and requires additional time to review the file and gather all necessary documentation.

. . .

. . .

. . .

. . .

This stipulation and order is sought in good faith and not for the purpose of delay. This is Plaintiff's first request for an extension of time.

Dated this 27th day of June, 2022.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| By: /s/ Kristina S. Holman<br>KRISTINA S. HOLMAN<br>8275 S. Eastern Ave., Suite 215<br>Las Vegas, Nevada 89123<br>Attorney for Plaintiff | By: /s/ Hilary A. Williams<br>HILARY A. WILLIAMS.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

ORDER

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 28th day of June, 2022.