HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
8275 S. Eastern Ave., Ste. 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff,*
　　*Brady Mark Abbott*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRADY MARK ABBOTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>APPLE, INC.,<br><br>　　　　　Defendant. | CASE NO.: 2:22-cv-00423-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br>**(Second Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, that Plaintiff, BRADY MARK ABBOTT, has until **Tuesday, July 19, 2022** to file his Opposition to Defendant's Motion to Dismiss Complaint. This is an extension of time from the current due date of July 12, 2022.

　　　Plaintiff's attorney, Kristina S. Holman of Holman Law Office, was recently retained by Plaintiff but has been ill for over two weeks with cold-like symptoms, as well as experiencing issues with another medical condition. Ma. Holman simply requires additional time to review the file and gather all necessary documentation.

. . .

. . .

This stipulation and order is sought in good faith and not for the purpose of delay. This is Plaintiff's second request for an extension of time.

Dated this 12th day of July, 2022.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| By: /s/ Kristina S. Holman<br>KRISTINA S. HOLMAN<br>8275 S. Eastern Ave., Suite 215<br>Las Vegas, Nevada 89123<br>Attorney for Plaintiff | By: /s/ Hilary A. Williams<br>HILARY A. WILLIAMS.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of July, 2022.