Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Apple Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRADY MARK ABBOTT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No. 2:22-cv-00423-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Brady Mark Abbott ("Plaintiff") and Defendant Apple Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Defendant shall have an extension of time up to and including August 9, 2022, in which to file a reply in support of its Motion to Dismiss Plaintiff's Complaint (ECF No. 8) (filed on June 10, 2022).  This Stipulation is submitted and based on the following:

　　　　1.　　Plaintiff filed his Complaint (ECF No. 1) on March 7, 2022.

　　　　2.　　Defendant filed its Motion to Dismiss Plaintiff's Complaint (ECF No. 8) on June 10, 2022.

　　　　3.　　Plaintiff filed his Opposition to Defendant's Motion to Dismiss Complaint and Motion for Leave of Court to File Amended Complaint (ECF No. 21) (the "Opposition") on July 26, 2022.

4. The deadline for Defendant to file a reply in support of its Motion to Dismiss Plaintiff's Complaint (ECF No. 8) is currently August 2, 2022. However, because Plaintiff's Opposition includes a motion, Defendant requires additional time to address it. Due to this and the obligations of Defendant's counsel in other matters, the parties have agreed to extend the time for Defendant to file a reply in support of its Motion to Dismiss by seven (7) days, up to and including **August 9, 2022**.

5. This is the first request for an extension of time for Defendant to file its reply in support of its Motion to Dismiss.

6. This request is made in good faith and not for the purpose of delay.

Dated this 1st day of August, 2022.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kristina Holman* | */s/ Hilary A. Williams* |
| KRISTINA HOLMAN, Bar No. 3742<br>8275 S. Eastern Ave., Suite 215<br>Las Vegas, Nevada 89123 | Deverie J. Christensen, Bar No. 6596<br>Hilary A. Williams, Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated:   August 1, 2022