Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Apple Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRADY MARK ABBOTT, | Case No. 2:22-cv-00423-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| APPLE, INC., | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff Brady Mark Abbott ("Plaintiff") and Defendant Apple Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff initiated this action on March 7, 2022. ECF No. 1.  The Complaint did not label causes of action.

2. Defendant filed its Motion to Dismiss Plaintiff's Complaint on June 10, 2022. ECF No. 8.

3. Plaintiff opposed the Motion to Dismiss and requested leave to amend the Complaint on July 26, 2022. ECF No. 21. Defendant filed a Reply in support of its Motion to Dismiss, which included an opposition to Plaintiff's request to amend the Complaint, on August 9, 2022. ECF No. 24.

4. The Motion to Dismiss and request to amend are currently pending before the Court.

5. Given the contents of the operative Complaint (which does not label a claim), the parties cannot effectively begin discovery absent Court orders on the pending Motion to Dismiss (ECF No. 8) and the pending request to amend the Complaint (ECF No. 21).

6. Accordingly, to conserve the time and resources of the parties, the parties request the Court stay discovery pending a decision on Defendant's Motion to Dismiss (ECF No. 8) and Plaintiff's request to amend the Complaint (ECF No. 21).

7. If the Court grants this stipulation, the Parties agree that Defendant's Motion to Stay Discovery Pending Decision on Motion to Dismiss (ECF No. 25) shall be denied as moot.

8. This request is made in good faith and not for the purpose of delay.

Dated this 24th day of October, 2022.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kristina Holman* | */s/ Hilary A. Williams* |
| KRISTINA HOLMAN, Bar No. 3742 | Deverie J. Christensen, Bar No. 6596 |
| 8275 S. Eastern Ave., Suite 215 | Hilary A. Williams, Bar No. 14645 |
| Las Vegas, Nevada 89123 | 300 S. Fourth Street, Suite 900 |
|  | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

IT IS ORDERED that ECF No. 27 is GRANTED.

IT IS FURTHER ORDERED that ECF No. 25 Defendant's Motion to Stay Discovery is DENIED as moot.

IT IS SO ORDERED

DATED: 4:29 pm, November 04, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE