1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Hilary A. Williams
   Nevada State Bar No. 14645
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email:  deverie.christensen@jacksonlewis.com
   Email:  hilary.williams@jacksonlewis.com
6
   *Attorneys for Defendant*
7  *Apple Inc.*

8

9

10                          **UNITED STATES DISTRICT COURT**

11                                 **DISTRICT OF NEVADA**

12  BRADY MARK ABBOTT,

13          Plaintiff,          Case No. 2:22-cv-00423-RFB-BNW

14     vs.                                   **ORDER FOR**
                                          **DISMISSAL WITH PREJUDICE**
15  APPLE, INC.,

16          Defendant.

17

18      Defendant Apple Inc. ("Defendant"), by and through its counsel, the law firm of Jackson

19  Lewis P.C., and Plaintiff Brady Mark Abbott, by and through his counsel, Holman Law Office,

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

hereby stipulate to dismiss this action with prejudice, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 28th day of July, 2023.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| */s/Kristina Holman* <br> KRISTINA HOLMAN, Bar No. 3742 <br> 8275 S. Eastern Ave., Suite 215 <br> Las Vegas, Nevada 89123 | */s/Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Hilary A. Williams, Bar No. 14645 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

United States District Court/~~Magistrate Judge~~

Dated: July 31, 2023